ROBERT G. HULTENG, Bar No. 071293
DAMON M. OTT, Bar No. 215392
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: rhulteng@littler.com

BRADY J. MITCHELL, Bar No. 238572
LITTLER MENDELSON
A Professional Corporation
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Telephone: 310.553.0308
Facsimile: 310.553.5583
E-mail: bmitchell@littler.com

Attorneys for Defendants
VELOCITY EXPRESS LEASING, INC.; AND
VELOCITY EXPRESS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP JONES, and KIM KEO, individually and on behalf of others similarly situated, and on behalf of the California general public,<br><br>Plaintiff,<br><br>v.<br><br>VELOCITY EXPRESS LEASING, INC., also known as VELOCITY EXPRESS LEASING WEST COAST, INC., a Delaware Corporation; VELOCITY EXPRESS, INC., a Delaware Corporation; and DOES I through 100, Inclusive,<br><br>Defendants. | Case No.<br><br>**C08-00773 VRW**<br><br>**DECLARATION OF MICHAEL TRAFECANTE IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332(d), 1441(a), AND 1446**<br><br>Complaint Filed: November 6, 2007<br>(Alameda County Superior Court) |

DECLARATION OF MICHAEL
TRAFECANTE ISO REMOVAL

1  I, MICHAEL TRAFECANTE, do hereby declare and state as follows:

2      1.    I am the Corporate Controller for Defendant Velocity Express, Inc. I make this Declaration in support of Defendants' Notice of Removal of Action to Federal Court under 28 U.S.C. §§ 1332(d), 1441(a), and 1446. All of the information contained herein is based upon my personal and first hand knowledge, unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

    2.    In my capacity as Corporate Controller for Velocity Express, Inc., I manage the finances of Defendants' joint business operations. I am readily familiar with Defendants' business operations and have access to information concerning the level of business conducted by Defendants in the different states in which they operate, including California.

    3.    Defendant Velocity Express, Inc. ("Velocity Express") is incorporated in the State of Delaware.

    4.    Defendant Velocity Express Leasing, Inc. ("Velocity Express Leasing"), which is a wholly owned subsidiary of Velocity Express, is also incorporated in the State of Delaware.

    5.    Although Defendants are two separate legal entities, their business operations are one and the same. Defendants are in the business of selling and arranging delivery services, which services are predominantly performed by independent contractor couriers.

    6.    Defendants' business is spread throughout 40 states. Although Defendants' business volume and revenue generation differs from state-to-state, no one state predominates. The volume of business and revenue generated in California, while significant, is exceeded by the business individually generated in Florida, New Jersey and New York.

    7.    Nationwide, Velocity Express currently contracts with approximately 4,400 independent contractor delivery drivers ("contractors"). Of the

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF MICHAEL
TRAFECANTE ISO REMOVAL     1.

approximately 4,400 contractors currently contracting with Defendant, only approximately 260 perform delivery services in the State of California. The remaining 4,140 contractors perform services across the 39 other states in which Defendants do business. For purposes of comparison, approximately 475 contractors operate in Florida, approximately 570 operate in New Jersey and approximately 780 operate in New York.

8.  Defendants are jointly operated by the same executive and administrative personnel in the same locations. The vast majority of Defendants' executive functions are handled at their corporate headquarters located in Westport, Connecticut. Most major corporate decisions, as well as most decisions impacting Defendants' day-to-day business operations, are made by company executives at this location. Defendants share the same Chief Executive Officer, Chief Financial Officer and Chief Operations Officer, all of whom work at the Connecticut headquarters.

9.  Some of Defendants' administrative functions and a small percentage of the executive functions are managed from a satellite office in Houston, Texas. The number of executives working in the Houston office is much smaller than the number who work in Connecticut. In addition, fewer decisions effecting corporate policy and day-to-day business activities are made in the Houston office.

10. Also, a small percentage of Defendants' executive functions are managed from two separate satellite offices in New Jersey.

11. Defendants do not maintain any facilities other than the offices in Connecticut, Texas and New Jersey that house executive functions.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco CA 94108 2693
415 433 1940

DECLARATION OF MICHAEL
TRAFECANTE ISO REMOVAL                 2.

12. Defendants do not maintain a corporate or administrative office in the State of California, although they do operate warehouses and sorting facilities in the state.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 1st day of February 2008 in Westport, Connecticut.

*[signature]*

MICHAEL TRAFECANTE

Firmwide:84089365.2 057214.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco CA 94108.2693
415.433.1940

DECLARATION OF MICHAEL
TRAFECANTE ISO REMOVAL    3.