



1  ROBERT G. HULTENG, Bar No. 071293
   DAMON M. OTT, Bar No. 215392
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:  415.433.1940
   Facsimile:   415.399.8490
5  E-mail: rhulteng@littler.com

6  BRADY J. MITCHELL, Bar No. 238572
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA  90067
   Telephone:  310.553.0308
9  Facsimile:   310.553.5583
   E-mail: bmitchell@littler.com
10
   Attorneys for Defendants
11 VELOCITY EXPRESS LEASING, INC.; AND
   VELOCITY EXPRESS, INC.
12

13              UNITED STATES DISTRICT COURT
14              NORTHERN DISTRICT OF CALIFORNIA
15

| | |
|---|---|
| 16  PHILIP JONES, and KIM KEO, individually and on behalf of others similarly situated, and on behalf of the California general public,<br>18            Plaintiff,<br>19  v.<br>20  VELOCITY EXPRESS LEASING, INC., also known as VELOCITY EXPRESS LEASING WEST COAST, INC., a Delaware Corporation; VELOCITY EXPRESS, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive,<br>            Defendants. | Case No.<br>**C08-00773  VRW**<br>DECLARATION OF BRIAN SAVAGE IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT<br>[28 U.S.C. §§ 1332(d)(4), 1441(a), and 1446]<br>Complaint Filed: November 6, 2007 (Alameda County Superior Court) |

DECLARATION OF BRIAN
SAVAGE ISO REMOVAL

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

I, BRIAN SAVAGE, do hereby declare and state as follows:

1. I am a Network Vice President for Defendant Velocity Express, Inc. I make this declaration in support of Defendants' Notice of Removal of Action to Federal Court pursuant to 28 U.S.C. §§ 1332(d), 1441(a), and 1446. All of the information contained herein is based upon my personal and first hand knowledge, unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2. In my capacity as Network Vice President, I am readily familiar with Defendants' joint business operations and have access to information concerning the nature of and level of services performed by independent contractor couriers ("contractors") who perform delivery services arranged by Defendants. In my capacity as Network Vice President, I am also readily familiar with the amount of revenue Defendants pay to contractors for performing the delivery services arranged by Defendants.

3. The number of hours contractors spend per week performing delivery services arranged by Defendants varies greatly from week to week and from contractor to contractor. In general, however, contractors spend between 35 and 55 hours per week performing delivery services arranged by Defendants.

4. The amount of revenue Defendants pay to contractors for performing the delivery services arranged by Defendants also varies greatly from week to week and contractor to contractor. However, most contractors are paid

DECLARATION OF BRIAN
SAVAGE ISO REMOVAL                    1.

revenue ranging between approximately $900.00 and $1,500.00 per week for performing delivery services arranged by Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this /s/ day of February 2008, in Carlsbad, California.

_____
BRIAN SAVAGE

Firmwide:84188195.1 057214.1004

DECLARATION OF BRIAN
SAVAGE ISO REMOVAL            2.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940