1  ROBERT G. HULTENG, Bar No. 071293
   DAMON M. OTT, Bar No. 215392
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile: 415.399.8490
5  E-mail: rhulteng@littler.com

6  BRADY J. MITCHELL, Bar No. 238572
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA 90067
   Telephone: 310.553.0308
9  Facsimile: 310.553.5583
   E-mail: bmitchell@littler.com
10
   Attorneys for Defendants
11 VELOCITY EXPRESS LEASING, INC.; AND
   VELOCITY EXPRESS, INC.
12

*E-filing*

*ORIGINAL FILED*
*FEB -1 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*OAKLAND*

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15 PHILIP JONES, and KIM KEO,              Case No. C08-00773 VRW
   individually and on behalf of others
16 similarly situated, and on behalf of the DECLARATION OF DAMON M.
   California general public,              OTT REGARDING NOTICE TO
17                                         STATE COURT OF DEFENDANTS'
                  Plaintiff,               REMOVAL OF ACTION TO
18                                         FEDERAL COURT
19 v.                                      Complaint Filed: November 6, 2007
                                           (Alameda County Superior Court)
20 VELOCITY EXPRESS LEASING,
   INC., also known as VELOCITY
21 EXPRESS LEASING WEST COAST,
   INC., a Delaware Corporation;
22 VELOCITY EXPRESS, INC., a
   Delaware Corporation; and DOES I
23 through 100, Inclusive,

24                Defendants.

25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF DAMON M.
OTT ISO REMOVAL

I, DAMON M. OTT, do hereby declare and state as follows:

1. I am an attorney with the law firm of Littler Mendelson, a Professional Corporation, counsel for Defendants Velocity Express Leasing, Inc. (erroneously also sued as an entity "also known as Velocity Express Leasing West Coast, Inc.") and Velocity Express, Inc. (collectively "Defendants") in the above-entitled matter. I am duly licensed to practice law in the State of California and before the United States District Court for the Northern District of California and am one of the attorneys responsible for representing Defendants in this action. All of the information contained herein is based upon my personal and first hand knowledge, unless otherwise indicated, and if called and sworn as a witness, I could and would competently testify thereto.

2. On February 1, 2008, pursuant to 28 U.S.C. §§ 1332(d), 1441(a) and 1446, I arranged for filing with the Clerk of the Superior Court of the State of California for the County of Alameda a Notice to State Court of Removal of Civil Action to Federal Court, together with a copy of the Notice to Federal Court of Removal of Civil Action from State Court, by causing said documents to be duly delivered to the Deputy Clerk of the Superior Court of the State of California for the County of Alameda.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 1st day of February 2008 in San Francisco, California.

_____
DAMON M. OTT

Firmwide:84091455.2 057214.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLARATION OF DAMON M. OTT ISO REMOVAL                1.