E-filing

1  ROBERT G. HULTENG, Bar No. 071293
   DAMON M. OTT, Bar No. 215392
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile: 415.399.8490
5  E-mail: rhulteng@littler.com

6  BRADY J. MITCHELL, Bar No. 238572
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA 90067
   Telephone: 310.553.0308
9  Facsimile: 310.553.5583
   E-mail: bmitchell@littler.com
10
   Attorneys for Defendants
11 VELOCITY EXPRESS LEASING, INC.; AND
   VELOCITY EXPRESS, INC.
12

ORIGINAL FILED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15 PHILIP JONES, and KIM KEO,              Case No. C08-00773 VRW
   individually and on behalf of others
16 similarly situated, and on behalf of the DEFENDANTS' NOTICE OF
   California general public,              RELATED CASES
17
                Plaintiff,                  [Civil L.R. 3-12]
18
19 v.                                       Complaint Filed: November 6, 2007
                                            (Alameda County Superior Court)
20 VELOCITY EXPRESS LEASING,
   INC., also known as VELOCITY
21 EXPRESS LEASING WEST COAST,
   INC., a Delaware Corporation;
22 VELOCITY EXPRESS, INC., a
   Delaware Corporation; and DOES I
23 through 100, Inclusive,

24              Defendants.

25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' NOTICE OF
RELATED CASES

1  TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA:
3        Pursuant to Northern District of California Civil Local Rule 3-12,
4  Defendants Velocity Express Leasing, Inc. (erroneously sued as an entity "also
5  known as Velocity Express Leasing West Coast, Inc.") and Velocity Express,
6  Inc. (collectively "Defendants") hereby aver that, to their knowledge, no action
7  previously filed or currently pending in the Northern District appears to concern
8  substantially the same parties, property, transaction or event as those alleged in
9  the above-captioned matter.
10       To Defendants' knowledge, no action previously filed or currently
11 pending in the Northern District would lead to an unduly burdensome
12 duplication of labor and expense or conflicting results if heard by a different
13 judge than the judge assigned to the above-captioned matter.

14 Dated: February 1, 2008

                                                  /s/ Damon M. Ott
                                                  DAMON M. OTT
                                                  LITTLER MENDELSON
                                                  A Professional Corporation
                                                  Attorneys for Defendants
                                                  VELOCITY EXPRESS LEASING,
                                                  INC. AND VELOCITY EXPRESS,
                                                  INC.

Firmwide:84095671.2 057214.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANTS' NOTICE OF RELATED CASES       1.