E-filing

1  ROBERT G. HULTENG, Bar No. 071293
   DAMON M. OTT, Bar No. 215392
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940
   Facsimile:  415.399.8490
5  E-mail: rhulteng@littler.com

6  BRADY J. MITCHELL, Bar No. 238572
   LITTLER MENDELSON
7  A Professional Corporation
   2049 Century Park East, 5th Floor
8  Los Angeles, CA 90067
   Telephone: 310.553.0308
9  Facsimile:  310.553.5583
   E-mail: bmitchell@littler.com
10
   Attorneys for Defendants
11 VELOCITY EXPRESS LEASING, INC.; AND
   VELOCITY EXPRESS, INC.
12

ORIGINAL FILED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15  PHILIP JONES, and KIM KEO,                 Case No. C08-00773 VRW
    individually and on behalf of others
16  similarly situated, and on behalf of the   DEFENDANTS' CERTIFICATION
    California general public,                 OF INTERESTED ENTITIES OR
17                                             PERSONS
                     Plaintiff,
18                                             [Civil L.R. 3-16]
    v.
19                                             Complaint Filed: November 6, 2007
    VELOCITY EXPRESS LEASING,                  (Alameda County Superior Court)
20  INC., also known as VELOCITY
    EXPRESS LEASING WEST COAST,
21  INC., a Delaware Corporation;
    VELOCITY EXPRESS, INC., a
22  Delaware Corporation; and DOES I
    through 100, Inclusive,
23
                     Defendants.
24

25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

1  TO THE CLERK OF THE FEDERAL DISTRICT COURT FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA, PLAINTIFFS PHILIP JONES
3  AND KIM KEO AND THEIR ATTORNEYS OF RECORD:
4      Please take notice that the undersigned, counsel of record for
5  Defendants Velocity Express Leasing, Inc. (erroneously also sued as "an entity
6  also known as Velocity Express Leasing West Coast, Inc.") and Velocity
7  Express, Inc. (collectively "Defendants") in the above-captioned matter,
8  certifies that as of this date, other than the named parties, there is no such
9  interest to report.
10 Dated:  February 1, 2008

*[signature]*

DAMON M. OTT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
VELOCITY EXPRESS LEASING,
INC. AND VELOCITY EXPRESS,
INC.

18 Firmwide:84095525.2 057214.1004

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS     1.