1   ROBERT G. HULTENG, Bar No. 071293
    DAMON M. OTT, Bar No. 215392
2   LITTLER MENDELSON
    A Professional Corporation
3   650 California Street, 20th Floor
    San Francisco, CA 94108.2693
4   Telephone:    415.433.1940
    Fax No.:       415.399.8490
5
    Attorneys for Defendants
6   VELOCITY EXPRESS LEASING, INC.,
    VELOCITY EXPRESS LEASING WEST COAST,
7   INC. AND VELOCITY EXPRESS, INC.

8   BRADY J. MITCHELL, Bar No. 238572
    LITTLER MENDELSON
9   A Professional Corporation
    2049 Century Park East, 5th Floor
10  Los Angeles, CA 90067
    Telephone:    310.553.0308
11  Facsimile:    310.553.5583
    E-mail: bmitchell@littler.com
12
    Attorneys for Defendants
13  VELOCITY EXPRESS LEASING, INC.; AND
    VELOCITY EXPRESS, INC.
14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17  PHILIP JONES, and KIM KEO,              Case No. C08-00773 VRW (ADR)
    individually and on behalf of all others
18  similarly situated, and on behalf of the   **CERTIFICATE OF SERVICE RE**
    California general public,               **DEFENDANTS' REMOVAL OF ACTION**
19                                           **TO FEDERAL COURT**
                  Plaintiffs,
20                                           Complaint Filed:    November 6, 2007
            v.
21
    VELOCITY EXPRESS LEASING, INC.
22  also known as VELOCITY EXPRESS
    LEASING WEST COAST, INC., a
23  Delaware Corporation; VELOCITY
    EXPRESS, INC., a Delaware Corporation;
24  and DOES 1 through 100, Inclusive,

25                Defendants.

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE                               Case No. C08-00773 VRW (ADR)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. On February 1, 2008, I served the within document(s):

**DEFENDANTS' NOTICE TO STATE COURT OF REMOVAL OF ACTION TO FEDERAL COURT**

**DEFENDANTS' NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332(d), 1441(a), AND 1446;**

**CIVIL COVER SHEET (FEDERAL COURT)**

**DEFENDANTS' NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT UNDER 28 U.S.C. §§ 1332(d), 1441(a), AND 1446;**

**DEFENDANTS' NOTICE OF RELATED CASES**

**DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

**DECLARATION OF MICHAEL TRAFECANTE IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332(d), 1441(a), AND 1446;**

**DECLARATION OF BRIAN SAVAGE IN SUPPORT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT  - 28 U.S.C. §§ 1332(d), 1441(a), AND 1446;**

**DECLARATION OF DAMON M. OTT REGARDING NOTICE TO STATE COURT OF DEFENDANTS' REMOVAL OF ACTION TO FEDERAL COURT**

**DECLARATION OF DAMAN M. OTT IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL**

#### PACKAGE FROM THE US DISTRICT COURT

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**ECF REGISTRATION INFORMATION HANDOUT**

**JUDGE VAUGHN R. WALKER – STANDING ORDERS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**WELCOME TO THE US DISTRICT COURT, SAN FRANCISCO – OFFICE HOURS**

☐ by facsimile transmission on that date. This document was transmitted by using a facsimile machine that complies with California Rules of Court Rule 2003(3). The transmission was reported as complete and without error. The names and facsimile numbers of the person(s) served are as set forth below.

2.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATE OF SERVICE                                   Case No. C08-00773 VRW (ADR)

☒      by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below.

☐      by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in an overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐      by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

Stephen Glick, Esq.  
Law Offices of Stephen Glick  
1055 Wilshire Blvd., Suite 1480  
Los Angeles, CA 90017  
Fax: 213.387.7872  

Ian I. Herzog, Esq.  
Law Offices of Ian Herzog  
233 Wilshire Blvd., Suite 550  
Santa Monica, CA 91401  
Fax: 310.458.9065  

Paul R. Fine, Esq.  
Scott A. Brooks, Esq.  
Craig S. Momita, Esq.  
Daniels, Fine, Israel, Schonbuch &  
Lebovits LLP  
1801 Century Park East, Ninth Floor  
Los Angeles, CA 90067  
Fax: 310.556.2807  

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 1, 2008, at San Francisco, California.

_____  
JENNIFER JONES  

Firmwide:84209767.1 057214.1004

3.

LITTLER MENDELSON  
A PROFESSIONAL CORPORATION  
650 California Street  
20th Floor  
San Francisco, CA 94108-2693  
415.433.1940

CERTIFICATE OF SERVICE        Case No. C08-00773 VRW (ADR)