1  **LAW OFFICES OF STEPHEN GLICK**
   Stephen Glick, CSB# 59404
2  1055 Wilshire Boulevard, Suite 1480
3  Los Angeles, California 90017
   Telephone: (213) 387-3400
4  Fax: (213) 387-7872

5  **DANIELS, FINE, ISRAEL, SCHONBUCH, & LEBOVITS LLP**
   Paul R. Fine, State Bar No. 53514
6  Scott A. Brooks, State Bar No. 160115
7  Craig S. Momita, State Bar No. 163347
   1801 Century Park East, Ninth Floor
8  Los Angeles California 90067
   Telephone: (310) 556-7900
9  Facsimile: (310) 556-2807

10 **LAW OFFICES OF IAN HERZOG**
11 Ian Herzog, State Bar No. 41396
   233 Wilshire Boulevard, Suite 550
12 Santa Monica, California 90401
13 Telephone: (310) 458-6660
   Facsimile: (310) 458-9065
14
   Attorneys for Plaintiffs PHILIP JONES and KIM KEO individually and on behalf of all others
15 similarly situated, and on behalf of the California general public

16              **UNITED STATES DISTRICT COURT**
17              **NORTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| PHILIP JONES, and KIM KEO, individually and on behalf of all others similarly situated, and on behalf of the California general public, | Case No.: C08-00773 VRW |
| Plaintiff, | CLASS ACTION |
| vs. | **DEMAND FOR JURY TRIAL** |
| VELOCITY EXPRESS LEASING, INC. also known as VELOCITY EXPRESS LEASING WEST COAST, INC., a Delaware Corporation; VELOCITY EXPRESS, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

- 1 -

- 2 -

1 | TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO DEFENDANTS AND THEIR
2 | ATTORNEYS OF RECORD:
3 |     Without waiving their rights to move to remand or waiving objection to removal,
4 | PLAINTIFFS PHILIP JONES and KIM KEO, hereby demand a jury trial in the above captioned
5 | matter.

7 | DATED: February 7, 2008      LAW OFFICES OF STEPHEN GLICK

By: _____
Stephen Glick
Attorney for Plaintiff
PHILIP JONES and KIM KEO individually
and on behalf of all others similarly situated,
and the California general public.

- 2 -

DEMAND FOR JURY TRIAL

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1055 Wilshire Boulevard, Suite 1480, Los Angeles, California 90017.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On February 7, 2008, I served copies of the following documents:

## DEMAND FOR JURY TRIAL

enclosed in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

_____ (BY FACSIMILE) I transmitted an accurate copy via facsimile machine to the following person and telephone number:

_____ (BY PERSONAL SERVICE) I caused such document to be delivered by hand to the addresses(s).

\_\_XX\_\_ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

\_\_XX\_\_ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this February 7, 2008, at Los Angeles, California.

Elvin Cruz

## SERVICE LIST

Paul R. Fine
Scott A. Brooks
Craig S. Momita
DANIELS, FINE, ISRAEL, SCHONBUCH & LEBOVITS
1801 Century Park East, Ninth Floor
Los Angeles, CA 90067
Fax (310) 556-2807

Ian Herzog
LAW OFFICES OF IAN HERZOG
233 Wilshire Blvd., Suite 550
Los Angeles, CA 90401
Fax (310) 458-9065

Brady J. Mitchell
LITTLER MENDELSON
2049 Century Park East, 5th Floor
Los Angeles, CA 90067
Fax (310) 553-5583

Robert G. Hulteng
Damon M. Ott
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108
Fax (415) 399-8490