

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

PHILIP JONES, KIM KEO

        Plaintiff(s),

v.

VELOCITY EXPRESS LEASING, INC.,
VELOCITY EXPRESS, INC.
        Defendant(s).
_____/

Case No. C 08-00773

ADR CERTIFICATION BY PARTIES
AND COUNSEL

        Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

        (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

        (2) Discussed the available dispute resolution options provided by the Court and private entities; and

        (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 4/16/08

                                                                   [Party]

Dated: 4/14/08

                                                                   [Counsel]