1  ROBERT G. HULTENG (SBN 071293)
   *rhulteng@littler.com*
2  DAMON M. OTT (SBN 215392)
   *dott@littler.com*
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street, 20th Floor
   San Francisco, CA 94108-2693
5  Telephone:  (415) 433-1940
   Facsimile:   (415) 743.6663
6
   Attorneys for Defendants
7  VELOCITY EXPRESS LEASING, INC. AND
   VELOCITY EXPRESS, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| PHILIP JONES and KIM KEO, individually, and on behalf of all others similarly situated and the California general public; and DOES 1 through 1000, inclusive,<br><br>Plaintiffs,<br><br>v.<br><br>VELOCITY EXPRESS LEASING, INC. also known as VELOCITY EXPRESS LEASING WEST COAST, INC., a Delaware Corporation; VELOCITY EXPRESS, INC., a Delaware Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. C08-00773 VRW<br><br>**DEFENDANTS VELOCITY EXPRESS LEASING, INC. AND VELOCITY EXPRESS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>**[N.D. CIVIL L.R. 3-16]**<br><br>Judge:      Hon. Vaughn R. Walker<br>Dept.:       6<br>Hearing:   N/A<br>Date:        N/A<br>Time:       N/A<br>Complaint Filed:   Nov. 6, 2007 |

Defendants' Certification of Interested Entities or Persons

1  Pursuant to Civil Local Rule 3-16(b), the undersigned certifies that the
2 following entities or persons are known by Defendants Velocity Express Leasing,
3 Inc. and Velocity Express, Inc. to have a (i) financial interest in the subject matter
4 in controversy or in a party to the proceeding, or (ii) non-financial interest in the
5 subject matter or in a party that could be substantially affected by the outcome of
6 this proceeding: Plaintiffs Philip Jones and Kim Keo and Defendants. Defendant
7 Velocity Express, Inc. is the parent corporation of Defendant Velocity Express
8 Leasing, Inc. Defendant Velocity Express Leasing, Inc. is a wholly-owned
9 subsidiary of Velocity Express, Inc.

DATED: May 2, 2008

LITTLER MENDELSON

By _____
Robert G. Hulteng
Damon M. Ott
Attorneys for Defendants
VELOCITY EXPRESS LEASING, INC.
and VELOCITY EXPRESS, INC.

Firmwide:85096688.1 057214.1002

Defendants' Certification of Interested Entities or Persons