**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date :  May 8, 2008

**C 08-0773 VRW**

**PHILIP JONES and KIM KEO, et al.,** v **VELOCITY EXPRESS LEASING, INC et al.,**

Attorneys : For Plaintiff(s):   Scott Brooks

　　　　　For Defendant(s):    Damon Ott

Deputy Clerk: Cora Klein                              Reporter: not reported

PROCEEDINGS:

Case Management Conference - Held

Fact Discovery Cutoff:  12/12/08

Motion Hearing re Class Certification:   February 19, 2009 at 2:30 PM

SCHEDULE:

DISPOSITIVE MOTIONS HEARING:   April 16, 2009  at 2:30 p.m.

PRETRIAL CONFERENCE:    June 11, 2009   at 3:30 pm

Order to be prepared by:    Plntf_____    Deft_____    Court_x_