# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Jones,<br><br>             Plaintiff(s),<br><br>     v.<br><br>Velocity Express Leasing, Inc.,<br><br>             Defendant(s). | 08-00773 VRW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Martin H. Dodd**
> Futterman & Dupree, LLP
> 160 Sansome St., 17th Fl.
> San Francisco, CA 94104
> 415-399-3840

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00773 VRW ENE                              - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: May 22, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00773 VRW ENE                         - 2 -